# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| TONY LEE MUTSCHLER, | : | No. 12 MM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA BOARD OF PROBATION | : | |
| AND PAROLE AND COMMONWEALTH OF | : | |
| PENNSYLVANIA'S DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2023, the "Motion to Appeal *Nunc Pro Tunc*" is DENIED.